An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

MATTHEW JAMES KING,
Appellant,
vs.
DWIGHT NEVEN, WARDEN; FRANCIS
KIM; AND WICKHAM,
Respondents.

No. 61588

**FILED**

OCT 17 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER OF AFFIRMANCE*

This is a proper person appeal from a district court order dismissing a civil rights action. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

Having considered the civil proper person appeal statement and the record on appeal, we conclude that the district court did not err in dismissing the underlying action, as the record demonstrates that appellant failed to state a claim for denial of access to the courts because he did not suffer any actual damage stemming from respondents' alleged actions. *See Buzz Stew, LLC v. City of N. Las Vegas*, 124 Nev. 224, 227-28, 181 P.3d 670, 672 (2008) (providing that this court rigorously reviews orders dismissing an action, and as such, accepts all factual allegations in the complaint as true and draws all inferences in favor of appellant); *Lewis v. Casey*, 518 U.S. 343, 349 (1996) (explaining that in order to state a claim for denial of access to the courts, one must be able to demonstrate some actual injury from the denial of access to the courts). While appellant claims that respondents prevented him from responding to a motion to dismiss his petition for a writ of habeas corpus by denying him access to his legal materials, the record indicates that this habeas corpus

13-31285

petition would have been dismissed regardless of his response as it was time-barred pursuant to NRS 34.726, which requires such a habeas corpus petition to be filed within one year of the entry of the judgment of conviction. *See Lewis*, 518 U.S. at 356 (providing that in order to establish a claim for lack of access to the courts, one must demonstrate that he or she was prevented from pursuing a nonfrivolous claim); *see also Alvarez v. Hill*, 518 F.3d 1152, 1155 n.1 (9th Cir. 2008). Accordingly, we

ORDER the judgment of the district court AFFIRMED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Jerry A. Wiese, District Judge
       Matthew James King
       Attorney General/Carson City
       Eighth District Court Clerk

---

[1]Having considered appellant's other arguments, we conclude that they lack merit.